ROBBINS UMEDA LLP
BRIAN J. ROBBINS (190264)
FELIPE J. ARROYO (163803)
SHANE P. SANDERS (237146)
GINA STASSI (261263)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile (619) 525-3991
brobbins@robbinsumeda.com
farroyo@robbinsumeda.com
ssanders@robbinsumeda.com
gstassi@robbinsumeda.com

Counsel for Plaintiff William Cole

[Additional counsel on signature page.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM COLE, Derivatively on Behalf of FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARK ZUCKERBERG, DAVID A. EBERSMAN, SHERYL K. SANDBERG, DAVID M. SPILLANE, PETER A. THIEL, JAMES W. BREYER, MARC L. ANDREESSEN, DONALD E. GRAHAM, REED HASTINGS, ERSKINE B. BOWLES, and DOES 1-25, Inclusive, <br><br> Defendants, <br><br> -and- <br><br> FACEBOOK, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 3:12-cv-03367-MMC <br><br> STIPULATION AND [~~PROPOSED~~] ORDER REGARDING HEARING DATES <br><br> Judge:   Honorable Maxine M. Chesney |

STIPULATION AND [PROPOSED] ORDER                  Case No. 3:12-cv-03367-MMC
REGARDING HEARING DATES

1  WHEREAS the *Hubuschman* Action[1] was originally filed in the Superior Court of
2  California, San Mateo County (the "State Court") on June 28, 2012, and the *Cole* Action[2] was
3  originally filed in the State Court on May 31, 2012 (collectively, the "Derivative Actions");

4  WHEREAS on June 28, 2012, Defendants[3] removed the Derivative Actions to this Court;

5  WHEREAS on July 13, 2012, Defendants filed Motions for Stay of Proceedings Pending
6  Decision on Transfer by the Judicial Panel on Multidistrict Litigation (the "Stay Motions") in the
7  Derivative Actions, and the hearings on the Stay Motions are set for August 17, 2012, at 9:00
8  a.m.;

9  WHEREAS plaintiffs Hal Hubuschman and William Cole ("Plaintiffs") believe that
10 removal of the Derivative Actions was improper and will timely file motions to remand the
11 Derivative Actions to State Court (the "Remand Motions") on or before August 1, 2012, in
12 accordance with 28 U.S.C. §1447(c);

13 WHEREAS Plaintiffs intend to notice the Remand Motions for a September 7, 2012
14 hearing date;

15 WHEREAS the parties to the Derivative Actions agree that the interests of efficiency and
16 judicial economy will best be served by having the Stay Motions and Remand Motions heard at
17 the same time;

---

[1] "*Hubuschman* Action" refers to the action captioned *Hubuschman v. Zuckerberg,* et al., Case No. 12-cv-03366-MMC.

[2] "*Cole* Action" refers to the action captioned *Cole v. Zuckerberg, et al.,* Case No. 12-cv-03367-MMC.

[3] "Defendants" refers to: Nominal defendant Facebook, Inc., Mark Zuckerberg, David A. Ebersman, Sheryl K. Sandberg, David M. Spillane, Peter A. Thiel, James W. Breyer, Marc L. Andreessen, Donald E. Graham, Reed Hastings, and Erskine B. Bowles.

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATES     1     Case No. 3:12-cv-03367-MMC

WHEREAS Defendants, therefore, intend to re-notice the hearing on the Stay Motions for a September 7, 2012 hearing date;

WHEREAS in light of the above, the parties shortly will agree to briefing schedules for the Stay Motions and the Remand Motions which they will submit to the Court.

WHEREAS the parties to the Derivative Actions have not previously requested an extension of any deadlines to file briefs in opposition to or in support of the Stay Motions;

WHEREAS nothing in this stipulation prevents any party from seeking further extensions on the consent of the other parties or from the Court;

WHEREAS in light of the agreement to re-notice the hearing on the Stay Motions, Plaintiffs' obligation to file oppositions to the Stay Motions, otherwise due on July 27, 2012, is held in abeyance until the parties submit their agreed briefing schedule; and

WHEREAS in the event that the Court determines not to enter an order consistent with this stipulation, Defendants agree that, in view of Plaintiffs' reliance on this stipulation and proposed order, Defendants shall not assert in any motion, brief, or proceeding that Plaintiffs failed timely to file their briefs in opposition to the Stay Motions. In that event, the parties to the Derivative Actions shall meet and confer regarding an alternative scheduling stipulation consistent with the Court's determination.

Respectfully submitted,

Dated: July 26, 2012

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P SANDERS
GINA STASSI

/s/Shane P. Sanders
SHANE P. SANDERS

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATES   2   Case No. 3:12-cv-03367-MMC

|   |   |
|---|---|
|   | 600 B Street, Suite 1900<br>San Diego, CA  92101<br>Telephone:  (619) 525-3390<br>Facsimile:  (619) 525-3391<br><br>*Counsel for Plaintiffs Hal Hubuschman*<br>*William Cole*<br><br>HOLZER HOLZER & FISTEL LLC<br>MICHAEL I. FISTEL JR.<br><br>200 Ashford Center North, Suite 300<br>Atlanta, GA 30338<br>Telephone:  (770) 392-0090<br>Facsimile:  (770) 392-0029<br><br>*Counsel for Plaintiff William Cole* |
| Dated:  July 26, 2012 | KIRKLAND & ELLIS LLP<br>JAMES F. BASILE<br>ELIZABETH L. DEELEY<br><br>　　　　／s／ James F. Basile<br>　　　　　JAMES F. BASILE<br><br>555 California Street<br>San Francisco, CA 94104<br>Telephone:  (415) 439-1400<br>Facsimile:  (415) 439-1500<br><br>KIRKLAND & ELLIS LLP<br>ANDREW B. CLUBOK )<br>BRANT W. BISHOP, P.C.<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>WILLKIE FARR & GALLAGHER LLP<br>RICHARD D. BERNSTEIN<br>1875 K Street, N.W.<br>Washington, D.C. 20006-1238<br>Telephone: (202) 303-1000<br>Facsimile: (202) 303-2000 |

1
2   WILLKIE FARR & GALLAGHER LLP
    TODD COSENZA
3   787 Seventh Avenue
    New York, N.Y. 10019-6099, U.S.A.
4   Telephone: (212) 728-8000
    Facsimile: (212) 728-8111
5
    *Counsel for Mark Zuckerberg, David A.*
6   *Ebersman, Sheryl K. Sandberg, David M.*
    *Spillane, Peter A. Thiel, James W. Breyer,*
7   *Marc L. Andreessen, Donald E. Graham, Reed*
    *Hastings, Erskine B. Bowles and Facebook,*
8   *Inc.*

9        *I, Shane P. Sanders, am the ECF user whose ID and password are being used to file this*
    *STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATES.  In compliance*
10  *with General Order 45, X.B., I hereby attest that James F. Basile has concurred in this filing.*

11                              **\* \* \* ORDER \* \* \***

12  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** Plaintiff need not file an opposition
    to defendants' pending Motion for Stay until the date set pursuant to further court order adopting
13  a revised briefing schedule.

14
     July 27, 2012                                    _[signature]_____
15  DATED                                    HONORABLE MAXINE M. CHESNEY
                                             U.S. DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26
    755764
27

28  STIPULATION AND [PROPOSED] ORDER         4      Case No. 3:12-cv-03367-MMC
    REGARDING HEARING DATES