UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM COLE, Derivatively on Behalf of FACEBOOK, INC.,<br><br>                                     Plaintiff,<br><br>    v.<br><br>MARK ZUCKERBERG, DAVID A. EBERSMAN, SHERYL K. SANDBERG, DAVID M. SPILLANE, PETER A. THIEL, JAMES W. BREYER, MARC L. ANDREESSEN, DONALD E. GRAHAM, REED HASTINGS, ERSKINE B. BOWLES, and DOES 1-25, Inclusive,<br><br>                                   Defendants,<br>  -and-<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>                         Nominal Defendant. | Case No. 3:12-cv-03367-MMC<br><br>GRANTING<br>[PROPOSED] ORDER ~~IN SUPPORT OF~~ PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND THE BRIEFING SCHEDULE AND ~~CONTINUE THE~~ VACATE HEARING ON NOMINAL DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS PURSUANT TO FED R. CIV. P. 12(B)(1), 12(B)(3), 12(B)(6) AND 23.1<br><br>Judge:    Honorable Maxine M. Chesney<br>Date:     ~~September 7, 2012~~<br>Time:    9:00 a.m.<br>Location:  San Francisco Courthouse<br>              Courtroom 7, 19th Floor<br>              450 Golden Gate Avenue<br>              San Francisco, CA 94102 |

1  Having read and considered Plaintiffs Hal Hubuschman and William Cole's (hereinafter

2  "Plaintiffs") Administrative Motion to Extend the Briefing Schedule and Continue the Hearing on

3  Nominal Defendant Facebook, Inc.'s Motion To Dismiss Pursuant to Fed R. Civ. P. 12(B)(1),

   defendant's response thereto,
4  12(B)(3), 12(B)(6) and 23.1, and ~~good cause appearing therefore,~~

5  IT IS ORDERED THAT:

6  1.  The Administrative Motion is GRANTED.

7  2.  The hearing on the Motion to Dismiss, currently set for September 7, 2012, is vacated

8  ~~and shall be re-set for hearing after the Court rules on the Remand Motions and the Stay Motions~~.

   In the event defendants' motion to stay is denied, the Court will set a briefing
9  3.  ~~All oppositions to the Motion to Dismiss must be filed and served by no later than~~

   schedule and hearing date on the Motion to Dismiss.
10 ~~fourteen (14) days after the Court rules on the Remand Motions and Stay Motions.~~

11 4.  ~~All reply briefs in support of the Motion to Dismiss must be filed and served no later~~

12 ~~than seven (7) after the opposition is filed and served.~~

13 DATED: <u>August 15</u>, 2012

14 
   _____
15 HONORABLE MAXINE M. CHESNEY
   UNITED STATES DISTRICT JUDGE

16

17 Respectfully submitted by:

   s/Shane P. Sanders
18 SHANE P. SANDERS

19 ROBBINS UMEDA LLP
   BRIAN J. ROBBINS
20 FELIPE J. ARROYO
   SHANE P. SANDERS
21 GINA STASSI
   600 B Street, Suite 1900
22 San Diego, CA 92101
   Telephone:  (619) 525-3990
23 Facsimile:  (619) 525-3991

24 *Counsel for Plaintiffs Hal Hubuschman and*
   *William Cole*
25

26 HOLZER HOLZER & FISTEL LLC
   MICHAEL I. FISTEL JR.
27 200 Ashford Center North, Suite 300

28
- 1 -
[[PROPOSED] ORDER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND THE
BRIEFING SCHEDULE AND CONTINUE THE HEARING ON NOMINAL DEFENDANT FACEBOOK, INC.'S
MOTION TO DISMISS PURSUANT TO FED R. CIV. P. 12(B)(1), 12(B)(3), 12(B)(6) AND 23.1
CASE NO. 3:12-CV-03367-MMC

1 | Atlanta, GA 30338
2 | Telephone: (770) 392-0090
    Facsimile: (770) 392-0029

3 | *Counsel for Plaintiff William Cole*

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28